In the Matter of the Probate of the Will of MARK S. HEMMINGWAY, Deceased. CHARLES J. HEMMINGWAY, Appellant; JOHN A. MATHEWS, as Executor of MARK S. HEMMINGWAY, Deceased, Respondent.—

All concur.